# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
SIMONA ROBINSON,                        :
                    Plaintiff,          :          CIVIL ACTION
          v.                            :
                                        :          NO. 12-151
GMAC MORTGAGE, et al.,                  :
                    Defendants.         :
_____:

## ORDER

**AND NOW**, this 27th day of June 2012, upon consideration of Defendant GMAC Mortgage's Notice of Bankruptcy and Effect of Automatic Stay (Doc. No. 31) and pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, it is hereby **ORDERED** that this matter shall be **STAYED** as to Defendant GMAC Mortgage pending resolution of the bankruptcy matter related to this case.  No motions or any related papers shall be filed as against GMAC Mortgage by any party and those motions pending which involve claims asserted against GMAC Mortgage are stayed pending resolution of the bankruptcy proceeding or until the stay is otherwise lifted as to these claims.

It is **FURTHER ORDERED** that the parties shall, either individually or jointly, file a written report on or before **July 25, 2012**, updating the Court on the status of the related bankruptcy proceedings.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.