# Weisberg Law, P.C.

*Attorneys at Law*

7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880

Philadelphia County, Pennsylvania                                                                                              *Matthew B. Weisberg*\*^
1500 Walnut St., Ste. 1100                                                                                                              Graham F. Baird^
Philadelphia, PA 19102                                                                                                                  Robert P. Cocco~+

                                                                                                                                                           \*NJ & PA Office Manager
Camden County, New Jersey                                                                                                        ^Licensed in PA & NJ
Two Aquarium Dr., Ste. 200                                                                                                           ~Licensed in PA
Camden, NJ 08103                                                                                                                        +Of Counsel

Web-Site:  **www.weisberglawoffices.com**
**E-Mail**:  MWEISBERG@WEISBERGLAWOFFICES.COM

*Wednesday, July 25, 2012*


Hon. Cynthia Rufe
U.S. Eastern District Court of Pennsylvania

Re:  ROBINSON v. GMAC MORTGAGE et al. 12-cv-151

 Dear Judge Rufe:

Plaintiff intends to file a motion for relief in GMAC's chapter 11 bankruptcy in order to determine a liquidated value of her claims in this litigation and then file a Proof of Claim for said amount in that bankruptcy.


                                                                        Sincerely,

                                                                        *Bob Cocco*

                                                                        For: Weisberg Law, P.C.


MBW/fes